ORIGINAL

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | # SEALED |
| 11 | |
| 12 | |
| 13 | |

**Office of the United States Attorney**
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

2011 MAR -4 A 8:45

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-055-RLH (PAL) |
| ) | |
| ANGELICA KIMBER, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On March 12, 2010, defendant ANGELICA KIMBER pled guilty to a One-Count Criminal Information charging her in Count One with Bank Fraud in violation of Title 18, United States Code, Section 1344 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Information.

This Court finds that ANGELICA KIMBER shall pay a criminal forfeiture money judgment of $610,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANGELICA KIMBER a criminal forfeiture money judgment in the amount of $610,000.00 in United States Currency.

DATED this 7th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Heidi Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on March 4, 2011, by the below identified method of service:

<u>First Class Mail</u>

Daniel J. Albregts
Daniel J. Albregts, Esq.
601 South Tenth Street, Suite 202
Las Vegas, NV 89101
albregts@hotmail.com
*Counsel for Angelica Kimber*

/s/HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Clerk