**FILED**
MAR 29 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br>    v.<br>ANGELICA KIMBER,<br>             Defendant. | 2:10-CR-055-RLH (PAL) |

**ORDER OF FORFEITURE**

This Court found on March 7, 2011, that ANGELICA KIMBER shall pay a criminal forfeiture money judgment of $610,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A). Docket #21.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANGELICA KIMBER a criminal forfeiture money judgment in the amount of $610,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

DATED this 29 day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE